UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

In re: Chapter 11

415 WEST 150 LLC, Case No. 12-13141(SMB)

Debtor.
-------------------------------X

**NOTICE OF APPEARANCE BY KLEIN & SOLOMON, LLP,**
**PURSUANT TO BANKRUPTCY CODE §1109(b) AND BANKRUPTCY RULE 9010**
**AND REQUEST FOR SERVICE OF DOCUMENTS**
**AND NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Code §1109(b) and Bankruptcy Rule 9010, Klein & Solomon, LLP, *pro se* hereby appears in the above-captioned case and requests that notice of all matters arising therein and all papers and other documents filed therein, including, but not limited to, orders, reports, pleadings, motions, applications, petitions, disclosure statements, and answering and reply papers, and all notices required by Bankruptcy Rule 2002, be served upon the undersigned attorneys.

Dated: New York, New York
August 9, 2012

**KLEIN & SOLOMON, LLP**

By: s/ Jay B. Solomon
Jay B. Solomon (JBS-3855)
275 Madison Avenue, 11th Floor
New York, New York 10016
(212) 661-9400

**TO:    CLERK, UNITED STATES BANKRUPTCY COURT**
       Southern District of New York
       One Bowling Green
       New York, New York 10004-1408